OFFICE OF
APPELLATE COURTS

JUN 26 2014

FILED

STATE OF MINNESOTA

IN SUPREME COURT

A14-0354

In re Petition for Disciplinary Action against
Joan La Rae Meidinger, a Minnesota Attorney,
Registration No. 386892.

ORDER

The Director of the Office of Lawyers Professional Responsibility has filed a petition for disciplinary action alleging that respondent Joan La Rae Meidinger committed professional misconduct warranting public discipline, namely, failure to cooperate with the Director, in violation of Minn. R. Prof. Conduct 8.1(b) and Rule 25(a), Rules on Lawyers Professional Responsibility (RLPR). Respondent did not respond to the petition. On April 2, 2014, we deemed the allegations in the petition admitted. *See* Rule 13(b), RLPR. The parties were invited to submit briefs on the appropriate discipline to be imposed; however, only the Director filed a brief on the issue of the appropriate discipline.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

1.     Respondent Joan La Rae Meidinger is indefinitely suspended from the practice of law, effective 14 days from the date of the filing of this order, with no right to petition for reinstatement for 6 months;

1

2. Respondent may petition for reinstatement pursuant to Rule 18(a)-(d), RLPR. Reinstatement is conditioned on successful completion of the professional responsibility portion of the state bar examination and satisfaction of continuing legal education requirements, pursuant to Rule 18(e), RLPR; and

3. Respondent shall comply with Rule 26, RLPR (requiring notice of suspension to clients, opposing counsel, and tribunals), and shall pay $900 in costs pursuant to Rule 24, RLPR.

Dated: June 26, 2014

BY THE COURT:

_____
Alan C. Page
Associate Justice

2